Case 7:21-cv-00320   Document 16   Filed on 01/13/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AMERICAN SAVINGS LIFE INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 21-320 |
| AUDIE E. RAY REAL ESTATE LENDING, INC. | § § § § | |
| Defendant. | § | |

### ORDER ON STIPULATION OF DISMISSAL

After considering Plaintiff American Savings Life Insurance Company's agreed Stipulation of Dismissal, the Court:

GRANTS the Stipulation of Dismissal and dismissed the case without prejudice.

SO ORDERED January 13, 2022, at McAllen, Texas.

Randy Crane
United States District Judge

By: */s/Ashley T. Parrish*
Ashley Parrish
State Bar No. 15536850
aparrish@canteyhanger.com
Matthew Alagha
State Bar No. 24094502
malagha@canteyhanger.com
4514 Cole Ave., Suite 500
Dallas, Texas 75205
Telephone: (214) 978-4145
Facsimile: (214) 978-4150

**ATTORNEYS FOR PLAINTIFF
AMERICAN SAVINGS LIFE
INSURANCE COMPANY**